UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **POURIA POURHOSSEINHENDABAD** | **CASE NO. 25-cv-987 SEC P** |
| -vs- | **JUDGE DRELL** |
| **DONALD J TRUMP, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

ORDER

Before the court is petitioner Pouria Pourhosseinhendabad's motion for temporary restraining order (Doc. 3) which was filed in conjunction with his petition for *habeas corpus* pursuant to 28 U.S.C. § 2241 (Doc. 1). After independent (*de novo*) review of the record and for the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein it is

ORDERED that the motion for temporary restraining order (Doc. 3) is GRANTED for a period of up to 14 days from the docketing of this order. It is further

ORDERED that the Defendants are ENJOINED from removing Pourhosseinhendabad from the United States or transferring him to any other jurisdiction during the pendency of the proceedings before this court and/or pending further orders herefrom. It is further

ORDERED that a preliminary hearing on the merits of the proposed writ of *habeas corpus* is SET for July 24, 2025 at 10:00 a.m. at which the Defendants shall show cause why the writ of

*habeas corpus* shall not be granted with effects relating therefrom.

THUS DONE AND SIGNED at Alexandria, Louisiana this 16th day of July 2025.

    DEE D. DRELL, SENIOR JUDGE
    UNITED STATES DISTRICT COURT