UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| POURIA POURHOSSEINHENDABAD | CASE NO. 25-cv-987 SEC P |
| -vs- | JUDGE DRELL |
| DONALD J TRUMP ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

This case seeking grant of a Writ of Habeas Corpus for unlawful detention presented us with facts that, as alleged, appeared to require expedited action, and a Temporary Restraining Order and hearing to determine what exactly needed to be done. We issued the TRO and set a preliminary hearing to do some threshold factfinding and to determine whether the obviously well plead Petition showing irreparable injury could be sustained. Unbeknownst to the Court, at the same time we issued the TRO, the Government and Petitioner were apparently coming to a resolution of most issues, such that Petitioner would be released from detention and the separate immigration case against him dismissed. No one bothered to alert the Court of these developments in real time, and we only found out about the release (or proposed release) from media reports and a press release on the web site of the A.C.L.U. of Louisiana. According to recent briefing in this case, his release was effective on July 16, 2025. The first official notification of release in the record was July 18, 2025.

The issues surrounding the propriety of the TRO, as briefed by the parties are now MOOT. The Government has now furnished verification of release through the signed Declaration of James Humphries, (Record Doc. 10, Attachment 1) and we accept that verification as sufficient to satisfy us that, at this time, there are no essential issues in the Petition that have not been resolved.

Petitioner now points us to a further complaint that he is suffering some kind of deprivation because he could not have his cell phone returned to him without being fingerprinted. Whether this is actionable would not be part of this proposed Writ and the parties may continue to address that among themselves.

Accordingly, the Petition for Writ of Habeas Corpus is considered MOOT. The hearing set for July 24, 2025 is CANCELLED. The Petition is DISMISSED without Prejudice. The July 16, 2025 Temporary Restraining Order issued by the Court is recalled and DISSOLVED. The Case is CLOSED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 23rd day of July 2025.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**